CALVIN J. KLASMEIER, SR. ET UX. v. RICHARD
A. SINDLER ET AL.

[No. 22, September Term, 1978.]

*Decided October 6, 1978.*

The cause was argued before MURPHY, C. J., and SMITH,
DIGGES, ELDRIDGE, ORTH and COLE, JJ.

*Leonard S. Bernstein* for appellants.

*M. Natalie McSherry,* with whom were *William B.
Whiteford* and *Whiteford, Taylor, Preston, Trimble &
Johnston* on the brief, for appellee Richard A. Sindler. *J. Paul
Mullen,* with whom was *Alva P. Weaver, III* on the brief, for
appellees St. Agnes Hospital of the City of Baltimore and
Sharon Misler. *Richard Bloch,* with whom were *Anderson,
Coe & King* on the brief, for appellee James N. Cianos.

ORDER

The petition for writ of certiorari having been granted and
heard, it is this 6th day of October, 1978

ORDERED, by the Court of Appeals of Maryland, that the
writ of certiorari be, and it is hereby, dismissed with costs,
petition having been improvidently granted.